UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-5811-GW-JPRx | Date | October 17, 2024 |
|---|---|---|---|
| Title | *Juan Valencia v. Agua Dulce Winery, LLC.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On October 16, 2024, Plaintiff Juan Valencia filed a Notice of Settlement [14]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for November 21, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on November 18, 2024.

:

Initials of Preparer   JG